1  CDF LABOR LAW LLP
   Dawn M. Irizarry, State Bar No. 223303
2  dirizarry@cdflaborlaw.com
   Osaama Saifi, State Bar No. 309172
3  osaifi@cdflaborlaw.com
   707 Wilshire Boulevard, Suite 5150
4  Los Angeles, CA 90017
   Telephone: (213) 612-6300
5
   Attorneys for Defendant
6  DELTA AIR LINES, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DONNA DOSIK, an Individual;,                ) Case No. 8:24-cv-00421 JWH (KESx)
                                                )
12          Plaintiff,                          ) Assigned for All Purposes To:
        vs.                                     ) Judge: Hon. John W. Holcomb
13                                              ) Dept: 9D
    DELTA AIR LINES INC., a Delaware            )
14  corporation; and DOES 1-50;,                ) **NOTICE OF SETTLEMENT**
                                                )
15          Defendant.                          ) Action Filed: January 29, 2024
                                                )

NOTICE OF SETTLEMENT

4922-1399-4575.1

1  Defendant, DELTA AIR LINES, INC. ("Defendant") hereby notifies the Court
2 that the parties have reached a settlement in this matter. Once the settlement is
3 finalized, in approximately 60 days, the parties will file a notice of dismissal with
4 prejudice.
5  In light of the resolution of this case, Defendant respectfully requests that any
6 upcoming dates and deadlines be vacated.

8 Dated: June 19, 2025         CDF LABOR LAW LLP
                                              Osaama, Saifi

                              By: _____
                                       Dawn M. Irizarry
                              Attorneys for Defendant
                              DELTA AIR LINES, INC.

2  NOTICE OF SETTLEMENT

4922-1399-4575.1

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 707 Wilshire Boulevard, Suite 5150, Los Angeles, CA 90017. On June 19, 2025, I served upon the interested party(ies) in this action the following document described as: NOTICE OF SETTLEMENT

By the following method:

Jonathan Melmed, Esq.
Laura Supanich, Esq.
Hannah Becker, Esq.
MELMED LAW GROUP P.C.
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828

FAX: (310) 862-6851
E-MAIL: jm@melmedlaw.com; lms@melmedlaw.com; hb@melmedlaw.com; alma@melmedlaw.com; rachel@melmedlaw.com: jennifer@melmedlaw.com

For processing by the following method:

[X] **via CM/ECF (registered)**: I hereby certify I electronically filed the above-referenced document(s) and that they are available for viewing and downloading on the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 19, 2025, at Los Angeles, California.

| Levon Baghdasaryan | *(signature)* |
|---|---|
| (Type or print name) | (Signature) |

3         NOTICE OF SETTLEMENT

4922-1399-4575.1