| | |
|---|---|
| 1 | **MELMED LAW GROUP P.C.** |
| 2 | Jonathan Melmed (SBN 290218) |
|   | jm@melmedlaw.com |
| 3 | Hannah Becker (SBN 345452) |
|   | hb@melmedlaw.com |
| 4 | 1801 Century Park East, Suite 850 |
|   | Los Angeles, California 90067 |
| 5 | Phone: (310) 824-3828 |
|   | Fax: (310) 862-6851 |
| 6 | |
| 7 | Attorneys for Plaintiff Donna Dosik |
| 8 | |
|   | CDF LABOR LAW LLP |
| 9 |    Dawn M. Irizarry, State Bar No. 223303 |
|   |    dirizarry@cdflaborlaw.com |
| 10 |    Osaama Saifi, State Bar No. 309172 |
|    |    osaifi@cdflaborlaw.com |
| 11 | 707 Wilshire Boulevard, Suite 5150 |
|    | Los Angeles, CA 90017 |
| 12 | Telephone: (213) 612-6300 |
| 13 | Attorneys for Defendant |
|    | DELTA AIR LINES, INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DOSIK, an individual, | Case No.: 8:24-cv-00421 JWH (KESx) |
| Plaintiff, | **Joint Stipulation Regarding Settlement Status** |
| v. | |
| DELTA AIR LINES INC., a Delaware corporation; and DOES 1 TO 50, inclusive, | Judge:    Hon. John W. Holcomb |
| Defendants. | |

1

JOINT STIPULATION REGARDING SETTLEMENT STATUS

Pursuant to this Court's June 20, 2025, Scheduling Notice and Order (Dkt. 33), the Parties provide the following update: the Parties have executed the settlement agreement but the settlement payment has not been consummated. The Parties anticipate that all terms will be complied with within ten (10) days. At that time, the Parties will file a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: August 19, 2025                    MELMED LAW GROUP P.C.

                                          BY: /s/ Hannah Becker
                                          HANNAH BECKER
                                          Attorneys for Plaintiff
                                          DONNA DOSIK

DATED: August 19, 2025                    CDF LABOR LAW LLP

                                          BY: /s/ Dawn M. Irizarry
                                          DAWN M. IRIZARRY
                                          Attorneys for Defendant
                                          DELTA AIR LINES, INC.